UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT, 2nd Division

MAR 25 2024 PM 2:03
FILED-USDC-CT-HARTFORD

Nirjala Rajkarnikar
(PETITIONER)

V.

David Azia;
U.S. Attorney General(s)
et. all.
(Defendants)

Case 24-CV-165-MPS
Case 3:21-CV-01559-AWT
Case 3:21-CV-01356-AWT
Case 3:22-CV-01082-AWT
Case 3:22-CV-01371-AWT
Case 3:22-CV-01149-AWT
&
New Case filed on 03/22/2024

Amended Complaint: "Reasons why Employer MGM Created Narrative of Delusion"

Come now, the petitioner Nirjala Rajkarnikar, moves this Court to investigations in above captioned cases, for Racketeering by her employers as she provide for her complaints to show into court the followings:

(a) The manager Jennifer Herbolsheimer and her team at MGM accused the petitioner, Nirjala Rajkarnikar of doing business transaction of hundreds to thousands dollars transaction(s) at Casino Window(s) at MGM Casino in Springfield, Massachussetts with imaginary supervisor present; which was false and a pre-text for the managers' racketeering & thievery from the Casino by

(b) blamed innocent cashiers or employees who worked there, such as the petitioner Nirjala Rajkarnikar's case by accused of delusion, inter aia, gaslight trends similar at Stanley, Black, & Decker. (Submitted mailed by: Nirjala Rajkarnikar [signature] 03/23/2024.)