From:
NIRJALA RAJKARNIKAR
17 B Woodland Ave
Bloomfield, CT 06002

HARTFORD CT 060
23 MAR 2024 PM 2 L

FOREVER USA

To:
Clerk's office
at U.S. District Court
450 MAIN STREET
Room A-012
HARTFORD, CT 06103.

06103-307996